UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMANE SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PHOENIX TECHNOLOGIES LTD.,<br><br>　　　　Defendant.<br>_____/ | No. C-11-1479 EMC<br><br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL**<br><br>(Docket No. 3) |

  Plaintiff Charmane Smith has filed suit against Defendant Phoenix Technologies, Ltd., asserting what appear to be state-law based claims for products liability. The Court has granted Ms. Smith's application to proceed in forma pauperis. Currently pending before the Court is Ms. Smith's motion for appointment of counsel.

  A district court has the discretion under 28 U.S.C. §1915(e)(1) to designate counsel to represent an indigent civil litigant in exceptional circumstances. *See Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009).

> When determining whether "exceptional circumstances" exist, a court must consider "the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims pro se in light of the complexity of the legal issues involved." Neither of these considerations is dispositive and instead must be viewed together.

*Id.*

  In the instant case, exceptional circumstances requiring the appointment of counsel are not evident. The request for appointment of counsel is therefore **DENIED**.

For Ms. Smith's benefit, the Court has attached to this order a copy of a flyer with information about the Legal Help Center located in the federal courthouse.

IT IS SO ORDERED.

Dated: May 25, 2011

_____
EDWARD M. CHEN
United States District Judge

**Do you need help representing yourself in a federal court case?**

**vlsp** | VOLUNTEER LEGAL SERVICES PROGRAM
of The Bar Association of San Francisco

# Legal Help Center

450 Golden Gate Avenue, 15th Floor, Room 2796
San Francisco, CA  94102

If you are representing yourself (or are thinking about filing a case) in the United States District Court for the Northern District of California, you may speak with a lawyer at the Legal Help Center.  **There is no fee for this service.**  The lawyer can give you:

- information and help you understand the federal court processes and procedures that you need to follow;
- explanations of court orders and other paperwork;
- answers to your legal questions; and
- referrals to appropriate legal, social, and government services.

Help is provided **by appointment only**.  To make an appointment, either sign up in the appointment book on the table outside the door of the Center, located on the 15th floor of the federal courthouse in San Francisco, Room 2796 or call (415) 782-9000, extension 8657.

If you do not speak English or have difficulty with English, please bring someone to your appointment who can translate for you.  We can not provide a translator.

**If you seek help from the Center, you will still represent yourself. The lawyer at the Center can not be your lawyer.**

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMANE SMITH,<br><br>   Plaintiff,<br><br>v.<br><br>PHOENIX TECHNOLOGIES LTD et al,<br><br>   Defendant._____/ | Case Number: CV11-01479 EMC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charmane Smith
1509 Mink Street
Memphis, TN 38111

Dated: May 25, 2011

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk