**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARMANE SMITH, | ) Case No.: 11-CV-01479-LHK |
| Plaintiff, | ) |
| v. | ) |
| PHOENIX TECHNOLOGIES LTD., | ) ORDER DENYING ADMINISTRATIVE MOTION TO SHORTEN TIME |
| Defendant. | ) |

On August 29, 2011, Defendant Phoenix Technologies, Ltd., filed an administrative motion seeking to shorten time on its motions to dismiss and to declare plaintiff a vexatious litigant, specifically seeking to set a hearing for these two motions on October 6, 2011. Defendant claims that resetting the hearing date is necessary to "avoid expending further resources in having to comply with certain discovery and ADR deadlines." *See* Admin. Mot. for Hearing on Mot. to Dismiss Pl.'s Complaint and Mot. to Declare Pl. a Vexatious Litigant at 1, ECF No. 46.

No initial case management conference has occurred in this case before this Court, and thus there is currently no case management schedule or discovery order. To the Court's knowledge, there are no pending ADR or discovery deadlines that would pass before the currently scheduled

1

Case No.: 11-CV-01479-LHK
ORDER DENYING ADMINISTRATIVE MOTION

November 8, 2011 hearing date. Therefore, Defendant's administrative motion to shorten time is DENIED.

**IT IS SO ORDERED.**

Dated: September 6, 2011

LUCY H. KOH
United States District Judge

Case No.: 11-CV-01479-LHK
ORDER DENYING ADMINISTRATIVE MOTION